UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES,<br><br>      Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>      Defendant. | Case No. 20-cv-03159-PJH<br><br>**ORDER REOPENING CASE** |

      This is a habeas corpus case filed pro se by a former state prisoner pursuant to 28 U.S.C. § 2254.  On February 25, 2022, the court denied the petition on the merits, closed the case and issued a judgment.  Also, on February 25, 2022, respondent filed a motion to relate a different case filed by petitioner in 2021, *Torres v. Kernan*, 21-cv-2406 YGR, to the instant case.  *Torres v. Kernan*, 21-cv-2406 YGR, involves claims from the same underlying conviction as the instant case.  The Ninth Circuit has held that where a second petition is filed by a pro se petitioner before the adjudication of a prior petition is complete, the new petition should be construed as a motion to amend the pending petition.  *Woods v. Carey*, 525 F.3d 886, 888 (9th Cir. 2008).  In a separate order, the court will relate these cases.

      For the foregoing reasons:

      1. This case is **REOPENED** and the judgment (Docket No. 20) is **VACATED**.

      2. The petition (Docket No. 1 in *Torres v. Kernan*, 21-cv-2406 YGR) shall be **DOCKETED** in this case and construed as an amended petition.  In a separate order, *Torres v. Kernan*, 21-cv-2406 YGR, will be closed so all filings shall be filed in this case.

3.  Respondent shall file a response to the claims in the amended petition as outlined in the Order to Show Cause in *Torres v. Kernan*, 21-cv-2406 YGR.

**IT IS SO ORDERED.**

Dated: March 1, 2022

                                                             */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge